UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:16-cr-353-T-30JSS

WAYNE M. KREISBERG

**FORFEITURE JUDGMENT AND
PRELIMINARY ORDER OF FORFEITURE**

The United States moves (Doc. 314), pursuant to 18 U.S.C. § 982(a)(7), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, to forfeit the $11,799,004.00 in proceeds the defendant obtained as a result of the conspiracy to commit health care fraud, as charged in Count One of the Information, as well as forfeiture of the following asset:

    a.    The real property located at 6625 NW 122 Avenue, Parkland, Florida 33076, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

    Lot 44, in Block L. of Heron Bay East, according to the plat thereof, as recorded in Plat Book 169, Page 105, of the Public Records of Broward County, Florida.

    Property Identification Number: 4841 06 15 3590.

Being fully advised of the relevant facts, the Court finds that the defendant pleaded guilty to conspiracy to commit health care fraud and obtained proceeds in the amount of $11,799,004.00 as a result of the offense. In addition, the real property

identified above was purchased with proceeds and is forfeitable under 18 U.S.C. § 982(a)(7).

Accordingly, it is **ORDERED** that the motion (Doc. 314) of the United States is GRANTED.

It is FURTHER ORDERED that the United States is entitled to forfeit the $11,799,004.00 in proceeds the defendant obtained as a result of the health care fraud conspiracy.

If the $11,799,004.00 in proceeds, as a result of any act or omission of the defendant—

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property which cannot be divided without difficulty,

the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853, forfeiture of any of the defendant's property up to the value of $11,799,004.00. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(7), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the real property identified above is FORFEITED to the United States of America for disposition according to law.

The Court retains jurisdiction to address any third party interest that may be asserted and to complete the forfeiture and disposition of the property.

DONE and ORDERED in Tampa, Florida, on July 26, 2017.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties/Counsel of Record